IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-03161-MEH

NATIONAL SURETY CORPORATION, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiffs,

v.

FERGUSON ENTERPRISES, INC., and
WATTS WATER TECHNOLOGIES, INC.,

    Defendants.

## ORDER DISMISSING PARTY

Before the Court is Plaintiff's Notice of Voluntary Dismissal [filed March 11, 2015; docket # 19]. Plaintiff seeks to dismiss Defendant Donald E. Savard Co. from this action. The Court finds the Notice and terms of the dismissal proper. Accordingly, Plaintiff's claims against Defendant Donald E. Savard Co. are **DISMISSED WITHOUT PREJUDICE**, and the Clerk of the Court is directed to amend the caption as set forth above.

Dated and entered at Denver, Colorado this 13th day of March, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge