IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03161-MEH

NATIONAL SURETY CORPORATION, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Plaintiffs,

v.

FERGUSON ENTERPRISES, INC., and
WATTS WATER TECHNOLOGIES, INC.,

      Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 10, 2015**.

      Pursuant to the Notice of Settlement filed by Plaintiffs (*see* docket #32), the Motion to Strike Defendants' Designation of Non-Parties at Fault [filed May 21, 2015; docket #26] is **denied as moot**.  The Court **orders** parties to file dismissal papers **on or before August 10, 2015**.