IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03161-MEH

NATIONAL SURETY CORPORATION, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Plaintiffs,

v.

FERGUSON ENTERPRISES, INC., and
WATTS WATER TECHNOLOGIES, INC.,

      Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Stipulated Motion to Dismiss Case with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed July 31, 2015; docket #34]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ordered** that this case is **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 31st day of July, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge